# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Kennedy Dang Khoa Nguyen** DOB: 2000; United States | DOCKET NO. **19-03431 MJ**<br>MAGISTRATE'S CASE NO. |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about September 5, 2019, at or near Sierra Vista, in the District of Arizona, **Kennedy Dang Khoa Nguyen**, knowing or in reckless disregard that certain alien, namely Leonardo Samuel Gaytan-Lopez, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)**.

**COUNT 2 (Misdemeanor)** On or about September 5, 2019, at or near Sierra Vista, in the District of Arizona, **Kennedy Dang Khoa Nguyen**, knowing that certain illegal alien, Leonardo Samuel Gaytan-Lopez, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist Leonardo Samuel Gaytan-Lopez so that they would not be apprehended by law enforcement by transporting them in the vehicle that **Kennedy Dang Khoa Nguyen** was driving; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about September 5, 2019, at or near Sierra Vista, in the District of Arizona, United States Border Patrol Agents (BPA) observed a 2005 Honda Accord parked at the Blue Horizon Motel. The vehicle was parked in a parking spot that was partially hidden by a tree and the driver was the only occupant and was inside the vehicle. Record checks revealed that the vehicle was registered to an address in Phoenix. BPA followed the vehicle to Douglas and saw the Accord stop in several businesses parking lots and the driver did not exit his vehicle. The driver stopped at the Auto zone and BPA observed an unknown subject entered the accord. The Acord drove to a residence where the unknown subject entered the residence and came back to the Acord with to suspected illegal aliens. The agents were not able to tell if the subjects entered the vehicle.

The Accord continued on SR-80 and on SR-90 towards Sierra Vista. BPA observed two Hispanic males sitting in a crouched down manner in the rear passenger area of the car and no front seat passenger. BPA conducted a vehicle stop and identified the driver as **Kennedy Dang Khoa Nguyen**. BPA determined that the two passengers, one adult and one unaccompanied juvenile, were in the United States illegally. The adult passenger was identified as Leonardo Samuel Gaytan-Lopez.

Material witness Gaytan stated that he had made arrangements to be smuggled into the United States for money. Gaytan stated that he crossed the International Boundary Fence by himself, was picked up and then taken to a house where he stayed for multiple hours. Gaytan stated that he and the juvenile were picked up from the house. Gaytan stated that they drove for approximately 30 to 40 minutes before they were pulled over by BPA. Gaytan identified **Nguyen** as the driver in a photo line-up.

In a post-*Miranda* statement, **Nguyen** stated that he was being paid $1,500 USD to transport the two illegal aliens from Douglas to Sierra Vista. **Nguyen** stated that he successfully smuggled a total of six illegal aliens in two separated smuggling attempts and was paid $1,500 USD for each attempt.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Leonardo Samuel Gaytan-Lopez

DETENTION REQUESTED
COMPLAINT REVIEWED by AUSA CHR/ri

SIGNATURE OF COMPLAINANT

*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*

OFFICIAL TITLE & NAME:
Border Patrol Agent

Sworn to before me and subscribed in my presence.

SIGNATURE OF MAGISTRATE JUDGE[1])

DATE
September 6, 2019

1) See Federal rules of Criminal Procedure Rules 3 and 54